UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

EDWARD HARRIS (#78929)

VERSUS

JACOB C. JOHNSON, ET AL.

CIVIL ACTION

22-892-SDD-EWD

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Erin Wilder-Doomes dated July 26, 2024, to which an *Objection*[2] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that the Court declines the exercise of supplemental jurisdiction over Plaintiff's potential state law claims and Plaintiff's federal claims are DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §§ 1915(e) and 1915A for failure to state a claim.

**IT IS FURTHER ORDERED** if Plaintiff requests leave to amend, further leave is denied.

Signed in Baton Rouge, Louisiana, on this 28 day of August, 2024.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 10.
[2] Rec. Doc. 11.